**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| TEMPUS JETS, INC., f/k/a EXECUTIVE SERVICES, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 3:13cv755(REP) |
| v. | ) ) ) | |
| ALLIANZ GLOBAL RISKS US INSURANCE COMPANY, | ) ) ) | |
| FIREFLY FINANCIAL LIMITED, successor in interest to EXECUTIVE JET GROUP LIMITED, | ) ) ) ) | |
| JET SUPPORT SERVICES, LTD, | ) ) | |
| and | ) ) | |
| N618WF INC., | ) ) ) | |
| Defendants. | ) ) | |

## FINANCIAL INTEREST DISCLOSURE STATEMENT OF FIREFLY FINANCIAL LIMITED, JET SUPPORT SERVICES, LTD., AND N618WF, INC.

Firefly Financial Limited, successor in interest to Executive Jet Group Limited ("Firefly"), Jet Support Services, Ltd. ("Jet Support Services"), and N618WF, Inc. ("N618WF"), by counsel, pursuant to Local Rule 7.1, state and that there are no parents, trusts, subsidiaries, and/or affiliates of Firefly, Jet Support Services, or N618WF that have issued shares or debt securities to the public, and that no publicly held entity (corporate or otherwise) owns 10% or more of the stock of Firefly, Jet Support Services or N618WF.

December 24, 2013

                              Respectfully submitted,

                              FIREFLY FINANCIAL, LTD., JET SUPPORT SERVICES, LTD., and N618WF, INC.

                              By: _____**/s/**_____
Edward Everett Bagnell, Jr. (VSB No.74647)
Email: ebagnell@spottsfain.com
SPOTTS FAIN PC
411 E. Franklin Street, Suite 600 (23219)
P.O. Box 1555
Richmond, VA 23218-1555
Telephone: (804) 697-2000
Facsimile: (804) 697-2100
*Counsel for Firefly Financial, Ltd., Jet Support Services, Ltd.., and N618WF, Inc.*

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 24th day of December, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Christopher M. Malone, Esq. (VSB No. 18678)
Jayne A. Pemberton, Esq. (VSB No. 47277)
William D. Prince, IV, Esq. (VSB No. 77209)
*Thompson*McMullan, PC
100 Shockoe Slip
Richmond, Virginia 23219
Tel: (804) 649-7545
Fax: (804) 780-1813
jpemberton@t-mlaw.com
wprince@t-mlaw.com
*Attorneys for Tempus Jets, Inc.*

Douglas A. Winegardner, Esq. (VSB No. 46570)
Albert M. Orgain, IV, Esq. (VSB No. 12510)
Robert B. "Chip" Delano, Jr., Esq. (VSB No. 20619)
Sands Anderson PC
Post Office Box 1998
Richmond, Virginia 23218-1998
Tel: 804-783-7270
Fax: 804-783-7291
dwinegardner@sandsanderson.com
aorgain@sandsanderson.com
rdelano@sandsanderson.com
*Attorneys for Allianz Global Risks US Insurance Company*

By: _____**/s/**_____
Edward Everett Bagnell, Jr. (VSB No.74647)
Email:  ebagnell@spottsfain.com
SPOTTS FAIN PC
411 E. Franklin Street, Suite 600 (23219)
P.O. Box 1555
Richmond, VA  23218-1555
Telephone:  (804) 697-2000
Facsimile:  (804) 697-2100
*Counsel for Firefly Financial, Ltd., Jet Support Services, Ltd.., and N618WF, Inc.*